AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

_____*****_____DISTRICT OF___NEVADA_____

## JUDGMENT IN A CIVIL CASE

| | |
|---|---|
| FRANK J. FOSBRE, JR.,<br>  derivatively on behalf<br>  of INTERNATIONAL GAME<br>  TECHNOLOGY,<br><br>        Plaintiff,<br><br>vs.<br><br>THOMAS J. MATTHEWS, et al.,<br><br>        Defendants<br><br>and<br><br>INTERNATIONAL GAME TECHNOLOGY,<br><br>      Nominal Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **3:09-CV-0467-ECR-RAM (Base Case)**<br>Member Cases 3:09-CV-0489,<br>3:09-CV-0536, and 3:09-CV-0542 |

| | |
|---|---|
| JEANNE M. CALAMORE,<br>  derivatively<br>  on behalf of INTERNATIONAL<br>  GAME TECHNOLOGY,<br><br>        Plaintiff,<br><br>vs.<br><br>THOMAS J. MATTHEWS, et al.,<br><br>Defendants<br><br>and<br><br>INTERNATIONAL GAME TECHNOLOGY,<br><br>      Nominal Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **3:09-CV-0489-ECR-VPC** |

```
SANJAY ISRANI, derivatively  )    3:09-CV-0536-ECR-RAM
 on behalf of                )
 INTERNATIONAL GAME TECHNOLOGY)
_____                      )
            Plaintiff,       )
                             )
vs.                          )
                             )
ROBERT A. BITTMAN, et al.,   )
                             )
            Defendants       )
                             )
and                          )
                             )
INTERNATIONAL GAME TECHNOLOGY,)
                             )
Nominal Defendant            )
_____)


IRINA ARONSON, derivatively  )    3:09-CV-0542-ECR-VPC
 on behalf of                )
 INTERNATIONAL GAME TECHNOLOGY)
                             )
            Plaintiff,       )
                             )
vs.                          )
                             )
THOMAS J. MATTHEWS, et al.,  )
                             )
            Defendants       )
                             )
and                          )
                             )
INTERNATIONAL GAME TECHNOLOGY,)
                             )
Nominal Defendant            )
_____)
```

__X__   **Decision by Court.** This action came to be considered before the Court.  The issues have
been considered and a decision has been rendered.

On July 2, 2010, the Court Ordered (#81) that IGT's Motion
to Dismiss (#54) be granted and that Plaintiffs would have
twenty-one (21) days within which to file an amended complaint.
Plaintiffs have not filed an amended complaint.

**IT IS, THEREFORE, HEREBY ORDERED AND ADJUDGED** that judgment is entered in favor of Defendants and against Plaintiffs.

Lance S. Wilson

Clerk

August 5, 2010

Date